IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Klaveter, Frances | Case Number: 04 B 08110 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 12/10/08 | Filed: 3/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 15, 2008
Confirmed: May 3, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,248.99 | |
| Secured: | | 3,984.20 |
| Unsecured: | | 1,459.98 |
| Priority: | | 0.00 |
| Administrative: | | 2,390.50 |
| Trustee Fee: | | 414.31 |
| Other Funds: | | 0.00 |
| Totals: | 8,248.99 | 8,248.99 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,655.20 | 2,390.50 |
| 2. | WFS Financial | Secured | 3,894.34 | 3,894.34 |
| 3. | Nationwide Acceptance Corp | Secured | 89.86 | 89.86 |
| 4. | Advance Til Payday | Unsecured | 43.50 | 28.13 |
| 5. | Nationwide Acceptance Corp | Unsecured | 44.38 | 28.70 |
| 6. | Money Market | Unsecured | 50.60 | 47.91 |
| 7. | Resurgent Capital Services | Unsecured | 149.99 | 142.01 |
| 8. | Americash Loans, LLC | Unsecured | 40.90 | 26.44 |
| 9. | Resurgent Capital Services | Unsecured | 59.20 | 56.05 |
| 10. | WFS Financial | Unsecured | 538.27 | 509.62 |
| 11. | S M J Enterprises | Unsecured | 32.00 | 20.69 |
| 12. | Capital One | Unsecured | 20.22 | 15.42 |
| 13. | ECast Settlement Corp | Unsecured | 532.90 | 504.54 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 85.00 | 80.47 |
| 15. | PLS Financial | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 19. | Cross Country Bank | Unsecured | | No Claim Filed |
| 20. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 21. | National Quick Cash | Unsecured | | No Claim Filed |
| 22. | Pay Day Today | Unsecured | | No Claim Filed |
| 23. | PDL Financial Services | Unsecured | | No Claim Filed |
| 24. | Surety Finance | Unsecured | | No Claim Filed |
| 25. | USA Payday Loans | Unsecured | | No Claim Filed |
| | | | $ 8,236.36 | $ 7,834.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Klaveter, Frances

Printed: 12/10/08

Case Number:  04 B 08110
Judge:  Hollis, Pamela S
Filed:  3/2/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 43.93 |
| 6.5% | 82.74 |
| 3% | 11.04 |
| 5.5% | 91.64 |
| 5% | 83.53 |
| 4.8% | 49.39 |
| 5.4% | 42.80 |
| 6.6% | 9.24 |
| | $ 414.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

